1026

[Nos. 13927-1-III; 13963-8-III.   Division Three.   July 2, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER FELIPE MARTINEZ, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. RUBEN BERNARDO SALAS, *Appellant*.

Appeals from judgments of the Superior Court for Franklin County, Nos. 93-1-50169-1 and 93-1-50170-5, Carolyn A. Brown, J., entered February 23, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Munson, J.

[No. 14369-4-III.   Division Three.   July 2, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY J. BEYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 94-1-00021-5, John G. Burchard, Jr., J., entered September 12, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Munson, J.

[No. 14449-6-III.   Division Three.   July 2, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTURO GARCIA TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 94-1-50152-5, Craig Matheson, J., entered October 25, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J.